**STATE v. MILES**

[366 N.C. 503 (2013)]

AFFIRMED; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

Justice BEASLEY did not participate in the consideration or decision of this case.

———————

STATE OF NORTH CAROLINA v. KEITH DONNELL MILES

No. 410A12

(Filed 12 April 2013)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 730 S.E.2d 816 (2012), finding no error in defendant's trial resulting in a judgment imposing a sentence of life imprisonment without parole entered on 16 March 2011 by Judge Ronald E. Spivey in Superior Court, Wilkes County, upon a jury verdict finding defendant guilty of first-degree murder. Heard in the Supreme Court on 12 March 2013.

*Roy Cooper, Attorney General, by Derrick C. Mertz, Assistant Attorney General, for the State.*

*Rudolf Widenhouse & Fialko, by M. Gordon Widenhouse Jr., for defendant-appellant.*

PER CURIAM.

AFFIRMED.